# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 0:18-CV-60243

Plaintiff:
**Jibrael Hindi**

vs.

Defendant:
**Frost-Arnett Company**

For:
Thomas J. Patti, Esq.
Thomas-John Law, PA
jibrael@jibraellaw.com
1451 W Cypress Creek Road, Suite 300
Ft. Lauderdale, FL 33305

Received by All Broward Process Corp on the 9th day of February, 2018 at 11:30 pm to be served on **Frost-Arnett Company c/o CT Corporation System, 1200 S Pine Island Road, Plantation, FL 33324**.

I, Sandra Quinones, do hereby affirm that on the **12th day of February, 2018** at **3:30 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Complaint and Demand for Jury Trial/ Injunctive Relief Sought, Exhibits** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **contact person for registered agent** for **Frost-Arnett Company**, at the address of: **1200 S Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50s, Sex: f, Race/Skin Color: white, Height: 5'2", Weight: 120, Hair: brown, Glasses: n

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2).

Sandra Quinones
#394

All Broward Process Corp
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: BPC-2018000368

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1i

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

All Broward Process Corp
NAME: _____
DATE: _____ Badge/ID#: _____
TIME: _____

| | |
|---|---|
| JIBRAEL HINDI | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:18-CV-60243 |
| FROST-ARNETT COMPANY | )<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FROST-ARNETT COMPANY
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas-John Law, PA, 1451 W. Cypress Creek Creek Road, Suite 300
Fort Lauderdale, Florida, 33305
E-mail: tpatti@thomasjohnlaw.com
Phone: 954-543-1325, Fax: 954-507-9974

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: FEB 0 5 2018

*Signature of Clerk or Deputy Clerk*