**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JIBRAEL HINDI | ) |
| Plaintiff | ) |
| vs. | ) Case No. 0:18-cv-60243-BB |
| FROST-ARNETT COMPANY | ) |
| Defendant | ) |

**FROST-ARNETT COMPANY'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant, being a non-governmental party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and states as follows:

Defendant has no parent corporation or any publicly held corporation owning 10% or more of its stock.

THE LAW OFFICES
  OF RONALD S. CANTER, LLC


/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar # 335045
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com
*Attorney for Defendant*

*Local Address:*
400 S. Dixie Hwy #322
Boca Raton, Florida 33432

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by ECF/CM procedures on this 1st day of March, 2018 to:

>Thomas J. Patti, Esquire
>THOMAS-JOH LAW, P.A.
>1451 W. Cypress Creek Road, Suite 300
>Fort Lauderdale, Florida 33305
>tpatti@thomasjohnlaw.com
>*Attorney for Plaintiff*

>/s/ Ronald S. Canter
>Ronald S. Canter, Esquire
>*Attorney for Defendant*