# FROST-ARNETT
SINCE 1893

PO Box 198988
Nashville  TN  37219-8988
PH: (713)300-2683/(888)536-2621

**Convenient Payment Options**

- Secure Online: www.facpayments.com
- By Phone: (888) 536-2680 or IVR at (615) 647-9129
- By Mail: Detach lower portion and return with payment

| Master Number | PUK744 |
|---|---|
| Account Number: | 0000000011326849 |
| PIN Number: | 4049 |
| Total Balance: | $5474.00 |

This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

## IMPORTANT COLLECTION NOTICE

Dear Jibrael Hindi

Your account has been placed with this agency for collection.

Please mail your remittance to our office so this matter may be resolved.  If you are unable to pay in full at this time, you should contact this office to request payment arrangements.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

| YOU OWE: | Creditor | Account No. | Amount Owed | Turnover |
|---|---|---|---|---|
| | JUPITER ANESTHESIA ASSOCIATES<br>TOTAL NEW ACCOUNTS: 5474.00 | 0000000011326849 | 5474.00 | 11/02/17 |

**NOTICE**

When you pay your bill by check, you authorize us to electronically process your payment. If your check is processed electronically, your checking account may be debited on the same day we receive the check and it will not be returned with your checking account statement. If someone other than you or a bill paying service pays your bill, you must give a copy of this notice to them before the payment is sent to us. Any check returned for insufficient funds or account closed will be assessed a processing fee pursuant to state laws unless otherwise prohibited by state or federal law.

29SDHOFA080A1_563579465

---

SD08
PO Box 1280
Oaks, PA 19456-1280
ADDRESS SERVICE REQUESTED

November 3, 2017

Jibrael Hindi
115 Royal Park Dr Apt 2e
Oakland Park FL 33309-5845

Total Owed:       $5474.00
Master Number:    PUK744

Please include above master number on your check or money order.

Payment Amount: $_____

The below address is for payment and correspondence only.

FROST-ARNETT COMPANY
PO Box 198988
Nashville  TN  37219-8988

0000547400000000PUK744