UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-60243-BLOOM/Valle

JIBRAEL HINDI,

    Plaintiff,

v.

FROST-ARNETT COMPANY,

    Defendant.
_____/

## JOINT NOTICE OF MEDIATION

Plaintiff JIBRAEL HINDI and Defendant FROST-ARNETT COMPANY (collectively, the "Parties"), pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation [D.E. 17], hereby advises the Court that the Parties have agreed upon the selection of **Barbara Locke**, of **Ehrich Locke Mediation**, to mediate this matter. Mediation has been scheduled for **Monday, June 18, 2018**, at **1:00 PM** at **110 SE 6th Street, Suite 1700, Fort Lauderdale, Florida 33301**.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED:     April 5, 2018

Respectfully Submitted,

| /s/ Thomas J. Patti | /s/ Ronald S. Canter |
|---|---|
| **THOMAS J. PATTI, ESQ.** | **RONALD S. CANTER, ESQ.** |
| Florida Bar No.: 118377 | Florida Bar No.: 335045 |
| E-mail:   tpatti@thomasjohnlaw.com | E-mail:   rcanter@roncanterllc.com |
| THOMAS-JOHN LAW, P.A. | |
| 1451 W. Cypress Creek Road, Suite 300 | /s/ Bradley T. Canter |
| Fort Lauderdale, Florida 33309 | **BRADLEY T. CANTER, ESQ.** |
| Phone:   954-543-1325 | Florida Bar No.: *Pro Hac Vice* |
| Fax:   954-507-9975 | E-mail:   bcanter@roncanterllc.com |
| | THE LAW OFFICES OF RONALD S. CANTER, LLC |
| *COUNSEL FOR PLAINTIFF* | 200A Monroe Street, Suite 104 |
| | Rockville, Maryland 20850 |
| | Phone:   301-424-7490 |
| | Fax:   301-424-7470 |
| | |
| | *COUNSEL FOR DEFENDANT* |