UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60243-BLOOM/Valle

JIBRAEL HINDI,

    Plaintiff,

v.

FROST-ARNETT COMPANY,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. It is **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, **ECF No. [19]**, is **SET** for hearing on **Thursday, April 26, 2018 at 10:00 a.m.** at the United States Courthouse located at 400 North Miami Avenue, Miami, Florida 33128, Courtroom 10-2.

**DONE AND ORDERED** in Miami, Florida, this 12th day of April, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record