**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-60243-BLOOM/Valle**

JIBRAEL HINDI,

    Plaintiff,

v.

FROST-ARNETT COMPANY,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** is before the Court upon the Mediator's Report, informing the Court that the parties agreed upon a settlement of all claims at mediation. *See* ECF No. [33]. The Court having carefully reviewed the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED**. The Clerk shall **CLOSE** this case for administrative purposes only;

2. The parties are directed to file a Stipulation for Final Order of Dismissal or other appropriate dismissal papers on or before **July 19, 2018**;

3. Any pending motions are **DENIED** as moot. Any pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida this 19th day of June, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 18-cv-60243-BLOOM/Valle

Copies to:

Counsel of Record