UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60243-BLOOM/Valle

JIBRAEL HINDI,

    Plaintiff,

v.

FROST-ARNETT COMPANY,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.  On June 19, 2018, this Court entered its Order Administratively Closing Case, ECF No. [34], in which the Court required the parties to file appropriate dismissal papers by July 19, 2018.  To date, the parties have not filed their dismissal papers and have not otherwise sought an extension of time to do so.  Accordingly, it is

**ORDERED AND ADJUDGED** that this matter is **DISMISSED.**  To the extent not otherwise disposed of, all pending motions are **DENIED** as moot, and all pending deadlines are **VACATED**.  The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 20th day of July, 2018.

                                                         **BETH BLOOM**
                                                         UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record